**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**MICHAEL JAMES KING**                                                                  **PLAINTIFF**

**V.**                                    **CASE NO. 3:20-CV-415-JM-BD**

**WESLEY MASSEY,** *et al***.**                                                        **DEFENDANTS**

**ORDER**

Michael James King, an inmate at the Greene County Detention Facility, filed this

civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 2) Mr.

King complains that Defendants used excessive force against him during his detention.

For screening purposes, he has stated a constitutional claim against each of the

Defendants.

Accordingly, the Clerk is instructed to prepare summonses for the Defendants; and

the Marshal is directed to serve the Defendants with summonses and copies of the

complaint, with attachments (Doc. No. 2), without requiring prepayment of fees and costs

or security. Service for the Defendants should be attempted through the Greene County

Detention Facility, 1809 North Rocking Chair Road, Paragould, Arkansas 72450.

IT IS SO ORDERED, this 30th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE