IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL JAMES KING**                                                                                   **PLAINTIFF**

V.                                   **CASE NO. 3:20-CV-415-BD**

**WESLEY MASSEY,** *et al.*                                                                          **DEFENDANTS**

## ORDER

Defendants have moved for an order compelling Mr. King to respond to discovery requests. (Doc. No. 25) For good cause, the motion is GRANTED.

Mr. King is directed to file responses to the outstanding discovery requests within 30 days. Failure to comply with this order may result in the dismissal of this case, without prejudice. Local Rule 5.5.

IT IS SO ORDERED, this 10th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE