# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL JAMES KING**                                                                 **PLAINTIFF**

**V.**                               **NO. 3:20-cv-00415-ERE**

**WESLEY MASSEY,** *et al.*                                                            **DEFENDANTS**

## ORDER OF DISMISSAL

Michael James King, formerly an inmate at the Greene County Detention Facility, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. *Doc. 2.* On May 7, 2021, Defendants moved for a Court order compelling Mr. King to respond to their discovery requests. *Doc. 25.* On May 10, the Court granted the motion and ordered Mr. King to file his responses to the Defendants' discovery requests within 30 days. *Doc. 27.* The Court cautioned him that his failure to file responses, as ordered, would likely result in the dismissal of his claims, without prejudice. Local Rule 5.5(c).

To date, Mr. King has not filed discovery responses, and the time for doing so has passed. Defendants have now moved to dismiss Mr. King's claims against them based on his failure to respond to the Court's May 10, 2021 Order. *Doc. 30.*

IT IS THEREFORE ORDERED THAT:

1. Mr. King's claims are DISMISSED, without prejudice, based on his failure to comply with this Court's May 10, 2021 Order and his failure to prosecute this lawsuit.

2. Defendants' motion to dismiss *(Doc. 30)* is DENIED, as moot.

3. The Clerk is directed to close this case.

Dated this 11th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE