# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL JAMES KING**                                                          **PLAINTIFF**

V.                               NO. 3:20-cv-00415-ERE

**WESLEY MASSEY,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 11th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE